

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2014

No. 04-12-00546-CV

Jonese M. **ORTEGON**, et al.,
Appellants

v.

**HOUSING AUTHORITY OF BEXAR COUNTY**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 375315
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

On April 30, 2014, the court issued an opinion affirming the trial court's judgment. On May 16, 2014, Appellant Jonese M. Ortegon moved this court to grant her motion for rehearing, reverse the trial court's judgment, stay her eviction, and grant her other relief.

The panel has considered Appellant's motion; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2014.

_____
Keith E. Hottle
Clerk of Court